UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-20468-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROKEIA CHA-RON BARNES-SPENCER,

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

**THIS CAUSE** comes before the Court upon the Defendant's Unopposed Motion for Early Termination of Supervised Release (D.E. 62). The Government and U.S. Probation have no objection to early termination of supervised release. Therefore, after reviewing the Defendant's unopposed motion, it is

**ORDERED AND ADJUDGED** that Defendant's Unopposed Motion for Early Termination of Supervised Release (**D.E. 62**) is **GRANTED**. The Defendant is hereby discharged from supervision.

**DONE AND ORDERED** at West Palm Beach, Florida this 17th day of October, 2022.

Donald M. Middlebrooks
United States District Judge

cc:    Counsel of Record
       U.S. Probation